# U.S. District Court
## Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:26–cv–04425–KMK

ABC IP, LLC et al v. SKER Industries LLC
Assigned to: Judge Kenneth M. Karas
Cause: 35:271 Patent Infringement

Date Filed: 05/28/2026
Date Terminated: 07/25/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**ABC IP, LLC**
*a Delaware limited liability company*

represented by **Kyle J Fleming**
Fish & Richardson
Litigation
7 Times Square
20th Floor
New York, NY 10036
332–201–4164
Email: kfleming@fr.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rare Breed Triggers, Inc.**
*a Texas corporation*

represented by **Kyle J Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SKER Industries LLC**
*a New York Limited Liability Company,*

**Defendant**

**Jordan Linsker**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2026 | Ï 1 | COMPLAINT against SKER INDUSTRIES LLC. (Filing Fee $ 405.00, Receipt Number ANYSDC–32908008)Document filed by ABC IP, LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Exhibit A – 247 Patent, # 2 Exhibit B – 784 Patent, # 3 Exhibit C – 538 Patent, # 4 Exhibit D – 159 Patent, # 5 Exhibit E – 403 Patent, # 6 Exhibit F – Super Safety Guide).(Fleming, Kyle) (Entered: 05/28/2026) |
| 05/28/2026 | Ï 2 | **FILING ERROR – DEFICIENT – SIGNATURE ERROR –** CIVIL COVER SHEET filed..(Fleming, Kyle) Modified on 5/29/2026 (vf). (Entered: 05/28/2026) |
| 05/28/2026 | Ï 3 | AO 120 FORM PATENT – NOTICE OF SUBMISSION BY ATTORNEY. AO 120 Form Patent/Trademark for case opening submitted to court for review..(Fleming, Kyle) (Entered: 05/28/2026) |

| 05/28/2026 | Ï 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by ABC IP, LLC, Rare Breed Triggers, Inc...(Fleming, Kyle) (Entered: 05/28/2026) |
|---|---|---|
| 05/29/2026 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Kyle J Fleming. The party information for the following party/parties has been modified: SKER INDUSTRIES LLC, ABC IP, LLC, Rare Breed Triggers, Inc.. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps; party text was omitted. (vf)** (Entered: 05/29/2026) |
| 05/29/2026 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Kyle J Fleming to RE−FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): Courthouse Assignment Section of Form not provided; Form is not signed. Re−file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. (vf)** (Entered: 05/29/2026) |
| 05/29/2026 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Kenneth M. Karas. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(vf) (Entered: 05/29/2026) |
| 05/29/2026 | Ï | Magistrate Judge Andrew E. Krause is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (vf) (Entered: 05/29/2026) |
| 05/29/2026 | Ï | Case Designated ECF. (vf) (Entered: 05/29/2026) |
| 05/29/2026 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Kyle J Fleming. The following case opening statistical information was erroneously selected/entered: County code Albany. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of State. (vf)** (Entered: 05/29/2026) |
| 05/29/2026 | Ï 5 | AO 120 FORM PATENT − CASE OPENING − SUBMITTED. In compliance with the provisions of 35 U.S.C. 290, the Director of the U.S. Patent and Trademark Office is hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court Southern District of New York. Director of the U.S. Patent and Trademark Office electronically notified via Notice of Electronic Filing (NEF)..(vf) (Entered: 05/29/2026) |
| 06/01/2026 | Ï 6 | CIVIL COVER SHEET filed..(Fleming, Kyle) (Entered: 06/01/2026) |
| 06/10/2026 | Ï 7 | **FILING ERROR − PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Sker Industries, LLC, re: 1 Complaint,. Document filed by ABC IP, LLC, Rare Breed Triggers, Inc...(Fleming, Kyle) Modified on 6/11/2026 (gp). (Entered: 06/10/2026) |
| 06/11/2026 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Kyle J Fleming to RE−FILE Document No. 7 Request for Issuance of Summons. The filing is deficient for the following reason(s): the date field on the offical A.O. Summons form was completed by the attorney;. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach the correct summons form PDF. (gp)** (Entered: 06/11/2026) |
| 06/16/2026 | Ï 8 | |

| | | |
|---|---|---|
| | | FIRST AMENDED COMPLAINT amending 1 Complaint, against SKER Industries LLC, Jordan Linsker with JURY DEMAND.Document filed by ABC IP, LLC, Rare Breed Triggers, Inc.. Related document: 1 Complaint,. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J).(Fleming, Kyle) (Entered: 06/16/2026) |
| 06/16/2026 | Ï 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Jordan Linsker, re: 8 Amended Complaint,. Document filed by ABC IP, LLC, Rare Breed Triggers, Inc...(Fleming, Kyle) (Entered: 06/16/2026) |
| 06/16/2026 | Ï 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Sker Industries, LLC, re: 8 Amended Complaint,. Document filed by ABC IP, LLC, Rare Breed Triggers, Inc...(Fleming, Kyle) (Entered: 06/16/2026) |
| 06/17/2026 | Ï 11 | ELECTRONIC SUMMONS ISSUED as to Jordan Linsker. (vf) (Entered: 06/17/2026) |
| 06/17/2026 | Ï 12 | ELECTRONIC SUMMONS ISSUED as to SKER Industries LLC. (vf) (Entered: 06/17/2026) |
| 07/08/2026 | Ï 13 | WAIVER OF SERVICE RETURNED EXECUTED. Jordan Linsker waiver sent on 7/7/2026, answer due 9/8/2026; SKER Industries LLC waiver sent on 7/7/2026, answer due 9/8/2026. Document filed by ABC IP, LLC; Rare Breed Triggers, Inc.. (Attachments: # 1 Affidavit Executed Waiver of Summons– Jordan Linsker).(Fleming, Kyle) (Entered: 07/08/2026) |
| 07/13/2026 | Ï 14 | NOTICE of MULTIDISTRICT LITIGATION FILING. Document filed by ABC IP, LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Exhibit Attachment – Part 1 – Mot to Transfer and Resp, # 2 Exhibit Attachment – Part 2–1 – Mot to Transfer and Resp, # 3 Exhibit Attachment – Part 2–2 – Mot to Transfer and Resp, # 4 Exhibit Attachment – Part 3 – Mot to Transfer and Resps–2, # 5 Exhibit Attachment – Part 4 Partisan Resp, # 6 Exhibit Attachment – Part 5 – TO–1, # 7 Exhibit Attachment – Part 6 – CTO, # 8 Exhibit Attachment – Part 7 – TO–2, # 9 Exhibit Attachment – Part 8 – NOTA).(Fleming, Kyle) (Entered: 07/13/2026) |
| 07/25/2026 | Ï 15 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. – S.D.N.Y to the United States District Court – Eastern District of Texas. (Signed by MDL Panel on 7/22/2026) (vba) (Entered: 07/25/2026) |
| 07/25/2026 | Ï | MDL TRANSFER OUT ELECTRONICALLY: to the United States District Court – Eastern District of Texas.(vba) (Entered: 07/25/2026) |